UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBIN BROWN,

                        Plaintiff,

    -against-                                       8:08-CV-1165 (LEK/VEB)

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                        Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on November 30, 2009, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 19).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Bianchini's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 19) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's decision denying benefits is **REVERSED** and the above captioned case is **REMANDED** for further proceedings in accordance with this Decision and Order; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   December 31, 2009
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge